UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| L.M. and A.H., individually and on behalf of C.H., a minor, and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | 3:23-CV-00200-DCLC-DCP |

# JUDGMENT

For the reasons stated in the accompanying Order and the Court's September 26, 2024 Memorandum Opinion and Order and in consideration of Plaintiff's notice of voluntary dismissal of the United States Department of Education [Doc. 28] filed on January 22, 2025, all claims in this action are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court